IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCUS HARRIS,
a/k/a MARZUQ AL-HAKIM,

      Plaintiff,

v.                          CASE NO. 4:14cv575-RH/GRJ

FLORIDA DEPARTMENT
OF CORRECTIONS et al.,

      Defendants.

_____/

## ORDER DENYING THE MOTION TO REMAND THE CASE TO STATE COURT

This case is before the court on the report and recommendation, ECF No. 19, and the objections, ECF No. 27. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion to remand, ECF No. 6, is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on January 23, 2015.

                                        s/Robert L. Hinkle
                                        United States District Judge